**People of the State of Illinois, Plaintiff-Appellee, v. Raymond J. Szymezak, Defendant-Appellant.**

Gen. No. 53,159. (Abstract of Decision.)

First District, Second Division.
November 12, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.